■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MON LEE, Also Known as MON CHIU LI, Respondent. NEW YORK CITY DEPARTMENT OF PROBATION, Appellant.—Appeals from two orders of the Supreme Court, New York County (Richard Lowe, III, J.), entered on or about August 24, 1989 and on or about September 1, 1989, respectively, unanimously dismissed, subject to reinstatement in the event that defendant is permitted to withdraw his plea of guilty. No opinion. Concur—Sullivan, J. P., Ross, Milonas, Smith and Rubin, JJ.

■ JOHN FRENO et al., Respondents, v GRACE S. SUTTON, Appellant, et al., Defendants. (And Other Actions.)—Order, Supreme Court, New York County (Andrew Tyler, J.), entered on or about February 21, 1989, unanimously affirmed, without costs and without disbursements, in view of this court's recent holding in *Freno v Sutton* (160 AD2d 597) which dealt with the identical issue raised on the instant appeal. Concur—Sullivan, J. P., Carro, Rosenberger and Asch, JJ.